[No. 48868-0-II. Division Two. November 22, 2016.]

*In the Matter of the Personal Restraint of* THOMAS J.D. CHANNON, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Maxa and Melnick, JJ.

[No. 33549-6-III. Division Three. November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM MARK JULIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03990-8, James M. Triplet, J., entered June 3, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33889-4-III. Division Three. November 22, 2016.]

MICHELE L. ANDERSON, *Individually and as Administrator*, *Appellant*, v. SOAP LAKE SCHOOL DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-2-00502-1, John M. Antosz, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 73812-7-I. Division One. November 28, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA MARIE BEEBE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05509-5, Helen Halpert, J., entered July 10, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Cox, J.